IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES R. HENSON,

    Plaintiff,

v.

PATRICIAL KELLEY, *et al.*,

    Defendants.

Case No. 3:11-cv-00005-JPG-PMF

## JUDGMENT

This matter having come before the Court,

IT IS HEREBY ORDERED AND ADJUDGED that James Hensons' case against defendants Emily Bollmann, Jeremy Kennon, Keith Lingle, and Shirley Shaw be **dismissed with prejudice.** Defendants Patricia Kelley and Doctor Tariq were dismissed with prejudice after threshold review.

    **NANCY J. ROSENSTENGEL, Clerk of Court**

    **S/Deborah Agans, Deputy Clerk**

Date: March 6, 2012

**APPROVED**: s./ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**